**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Tiayon Kardell EVANS, Defendant–Appellant.**

No. 12-6476.

United States Court of Appeals, Fourth Circuit.

Submitted: June 21, 2012.

Decided: June 26, 2012.

Tiayon Kardell Evans, Appellant Pro Se. Sherrie Scott Capotosto, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tiayon Kardell Evans appeals the district court's order denying a reduction in his sentence under 18 U.S.C. § 3582(c)(2) (2006). On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Evans' informal brief does not challenge the basis for the district court's disposition, Evans has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*